

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          CHAPTER 13 CASE NO.:

DOUGLAS D. JACKSON and
JODEEN R. JACKSON                         16-11271-JDW

### O R D E R

THIS MATTER came before the Court on the Omnibus Objection to Proofs of Claim (the "Objection"), filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), as to certain Proofs of Claim of Medical Financial Services. The Trustee represented the Objection was properly noticed and the parties were given an opportunity for hearing. Therefore, the Court, being fully advised in the premises, finds that no response was timely filed and that the Objection is well-taken and should be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. The Objection shall be and is hereby sustained.

2. The Proofs of Claim of Medical Financial Services, Claim # 17 and 18, were not timely filed and therefore shall be disallowed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com